(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

John E. Miller

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

See Attached

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**Civ. Action No. _____**
(To be assigned by Clerk's Office)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Defendants:

1. Dana Metzger,
2. Major Selato,
3. Captain Randall Dotson,
4. Lt. Fronchot Wallace,
5. Cpl. Delano Smith.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.   PLAINTIFF INFORMATION

Name (Last, First, MI): Miller, John E.

Aliases: NA

Prisoner ID #: 00159105

Place of Detention: J.T.V.C.C.

Institutional Address: 1181 Paddock rd.

County, City: Smyrna    State: DE    Zip Code: 19977

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☑  Convicted and sentenced state prisoner
☐  Convicted and sentenced federal prisoner

Page **2** of **10**

IV. Defendants Information:

Metzger, Dana
Warden
1181 Paddock rd., Smyrna, DE 19977

Senato (First Name Unk)   Rank: Major
Security Administrator
1181 Paddock rd., Smyrna, DE 19977

Dotson, Randall   Rank: Captain
Corrections Officer
1181 Paddock rd., Smyrna, DE 19977

Wallace, Franchot   Rank: Lt.
Corrections Officer
1181 Paddock rd., Smyrna, DE 19977

Smith, Delano   Rank: Cpl.
Corrections Officer
1181 Paddock rd., Smyrna, DE 19977

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: J.T.V.C.C., 1181 Paddock rd., Smyrna, DE 19977

Date(s) of occurrence: 8/4/19

State which of your federal constitutional or federal statutory rights have been violated:

Retaliation; Cruel and Unusual Punishment; Deliberate Indifference.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> **What happened to you?**

I was a producing, cooperating informant. I produced intel which led to the W perimeter gate being unwired from the wood and house window abandoned building inside the perimeter it was wired to and JTVCC's knowledge they had/have a missing radio, and I had turned over a sample of explosive making material. Everybody asked for more intel and evidence. When I obtained a bullet and a blasting cap I mailed samples of gun-powder from the bullet to the Public Defender's and Attorney General's Offices using the prison pay-to legal mail system to document the dates of 6/28/19 and 7/5/19 and requested Lt. Baynard to contact Maj. Senato to set a "meet" to get the remaining stuff that I had. Maj. Senato did a "walk through" the next day but he never set a "meet." A few days later I was put in

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> Who did what?

the "hole" and the SHU with no procedural due process at all. I told Lt. Wallace my plight, when he came back he said my story checked out and that in his opinion possession of gun-powder in those circumstances isn't evidence of guilt, its evidence I did what I was told, but he was ordered all the way from the top to find me guilty because "he had it on him" the person said. We discussed a "drug buy" scenerio for the police and he said he understood but he was ordered. I wrote Captain Dotson with my plight, then saw him, he said Oh yea you're getting screwed over but it is Senato's orders. Senato made it clear to me he was the one putting me in the hole; Warden Metzger had/has to approve it; Lt. Wallace and Captain Dotson are responsible for Hearings on it; and Cpl. Delano Smith is the one who reported when I told them where the gun-powder was. I thought them coming to get me was the "meet," the shell, slug, blasting cap are still stashed as is the main bulk of the weapons, explosives, etc. They know I'd already been assaulted during this investigation and that putting me in the MHU/SHU would be risking my life. Additionally, Mental Health has in the past and is now currently documenting me going insane in the MHU/SHU environment. Previously because of how oppressive the MHU/SHU was prior to the CLASI v. Coupe class action and now because the environment is triggering PTSD and Pavlovian conditioned response reactions, neurons that fire together wire together (See Ivan Pavlov). I-d like to think that punishing me

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Was anyone else involved?**

for cooperating is both retaliation and cruel and unusual, that risking my life and making me insane, under any circumstance, but especially under the circumstances that I was a producing informant, are both equally cruel and unusual and Deliberately indifferent, leaving the op unfinished and the stuff still in the prison and requiring that I sholder the stress that people are going to be killed has got to be above and beyond normal punishment and indifferent to my mental health and doing it without regard for my procedural rights violates my due process I'd like to think.

Inmates, murderers, have plans to, and means to, carry out a mass murder inside a prison where an officer recently got murdered and I got punished for providing absolute evidence of the capability and the plan. It has to be against public interest to punish a producing informant for producing.

And, I'm prescribed pain medications for my back and feet, three times a day, but in the SHU they only do meds twice a day so I guess being in so much pain I can't even walk most of time is also a punishment for me cooperating in an investigation.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
   If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
   If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Five million dollars in damages if the Court cant just order them to stop and reimburse me court costs, dismiss the disciplinary.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   10

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Ended

| Case | Name | Outcome |
|---|---|---|
| 1:00 cv 00091 RRM | Miller et al v. State of Del. | Voluntary Withdrawl. |
| 1:08 cv 00271 JCJ | Miller v. Danburg et al | Not sure. |
| 1:11 cv 00377 LPS-SRF | Miller v. Cosiag et al | Settlement |
| 1:13 cv 00388 LPS | Miller v. Burton et al | Settlement |
| 1:14 cv 00378 LPS | Miller v. Reynolds et al | Settlement |
| 1:14 cv 01426 LPS | Miller v. Burton et al | Settlement |
| 1:16 cv 00144 LPS | Miller v. Holcomb | Voluntary Withdrawl. |
| 1:17 cv 01125 LPS | Miller v. DOC Classification | Not sure |
| 1:18 cv 02048 LPS | Adger et al v. Coffey et al | Pending |
| 1:14 cv 00262 LPS | No other information | Not sure but I think settlement. |

I'm not filing in forma pauperis but I gave the above in any event, because it was asked, I didn't know if I needed to or not.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____
_____

### IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/22/19.
Dated

John E. Miller
Plaintiff's Signature

Miller, John E.
Printed Name (Last, First, MI)

00159105
Prison Identification #

J.T.V.C.C., 1181 Paddock rd.    Smyrna        DE       19977
Prison Address                  City          State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**