# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN E. MILLER, | : |
| Plaintiff, | : |
| v. | : Civ. No. 19-1794-LPS |
| DANA METZGER, et al., | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington, this 12th day of November, 2019, having considered Plaintiff's motion for leave to file an amended complaint (D.I. 3);

IT IS ORDERED that: (1) Plaintiff's motion (D.I. 3) is GRANTED; (2) Plaintiff is given leave to file an amended complaint that complies with the Local Rules of this Court on or before December 16th, 2019; and (3) the case will proceed on the original complaint should Plaintiff fail to timely file an amended complaint, for the following reasons:

1. Plaintiff John E. Miller ("Plaintiff"), an inmate at the James T. Vaughn Correctional Center in Smyrna, Delaware, proceeds *pro se* and has paid the filing fee. On October 24, 2019, Plaintiff filed a motion for leave to file an amended complaint.

2. Local Rule 15.1 provides that a party who moves to amend a pleading shall attach to the motion: (1) the proposed pleading as amended, complete with a handwritten or electronic signature; and (2) a form of the amended pleading which indicates in what respect it differs from the pleading which it amends, by bracketing or striking through materials to be deleted and underlining materials to be added. Plaintiff shall comply with the Court's Local Rule should he opt to file an amended complaint.

1

3. The Court will proceed to screen the original complaint pursuant to 28 U.S.C. § 1915A(a) should Plaintiff fail to timely file an amended complaint and to comply with the local rules of this Court.

                                                              _____
                                                              HONORABLE LEONARD P. STARK
                                                              UNITED STATES DISTRICT JUDGE